STATE of Missouri, Respondent,

v.

Phillip Lamont RANSBURG, Appellant.

WD 78445

Missouri Court of Appeals, Western District.

ORDER FILED: May 31, 2016

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Casey A. Taylor, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Two: Victor C. Howard, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

### Order

Per Curiam:

Phillip Ransburg appeals, following a bench trial, his conviction of failing to register as a sex offender under § 589.425. Ransburg challenges the sufficiency of the evidence to support his conviction. Because the evidence was sufficient to support the conviction, we affirm. Rule 30.25(b).